IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 07 C 5741 |
| K.C.W. ENVIRONMENTAL CONDITIONING, INC., an Illinois corporation, | ) ) ) | JUDGE ROBERT W. GETTLEMAN |
| Defendant. | ) ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT
AND FOR AN ORDER DIRECTING DEFENDANT TO TURN OVER
<u>MONTHLY FRINGE BENEFIT CONTRIBUTION REPORTS</u>**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, K.C.W. ENVIRONMENTAL CONDITIONING, INC., an Illinois corporation, in the total amount of $25,401.02, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $640.00.

Further, Plaintiffs move for entry of an order directing Defendant, K.C.W. ENVIRONMENTAL CONDITIONING, INC., an Illinois corporation, to turn over monthly fringe benefit contribution reports due for the months of September 2007 through the present date, pursuant to the Agreements and Declarations of Trust to which Defendant is bound, said Defendant having failed to answer or otherwise plead to the Complaint and the monthly contribution reports being required in order to fully liquidate Plaintiffs' claims.

On October 15, 2007, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Wendy Mueller) at his place of business (a copy of the

Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on November 5, 2007. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

                                              /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\KCW\#18176\2007\motion for judgment and reports.cmc.df.wpd

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 20th day of November 2007:

        Mr. Louis J. Kohley, Registered Agent/President
        K.C.W. Environmental Conditioning, Inc.
        849 N. Main
        Glen Ellyn, IL   60137


        /s/   Catherine M. Chapman


Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\KCW\#18176\2007\motion for judgment and reports.cmc.df.wpd